IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| BOBBY LEE TUCKER, SR., | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT'S RULE 26.01 DISCLOSURES** |
| | ) | |
| PEERLESS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA; AND ALL PARTIES AND ATTORNEYS OF RECORD:

(A)   **State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

**RESPONSE:**

None known at this time.

(B)   **As to each claim, state whether it should be tried jury or nonjury and why.**

**RESPONSE:**

The case should be tried with a jury as requested by the Plaintiff.

C)   **State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.**

**RESPONSE:**

No.

(D)     **State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).**

**RESPONSE:**

The case was filed in Darlington County, and removed to this Court.  Upon information and belief, Darlington County is within the Florence Division.

E)     **Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases  arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason whole entail substantial duplication of labor if heard by different judges.**

**RESPONSE:**

No.

(F)     **If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

**RESPONSE:**

Peerless Insurance Company is correctly identified.

(G)    **If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

**RESPONSE:**

No.

Dated this  2nd  of July, 2013

                                        WALL TEMPLETON & HALDRUP, P.A.

                                        s/ Morgan S. Templeton
                                        Morgan S. Templeton  (Fed ID # 7187)
                                        145 King Street, Suite 300
                                        Post Office Box 1200
                                        Charleston, South Carolina 29402
                                        (843) 329-9500
                                        Attorneys for Defendant